UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 25-1420 PA (ACCVx) | Date | May 18, 2026 |
|---|---|---|---|
| Title | Joseph Carrillo v. Ford Motor Company | | |

Present: The Honorable    PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**       IN CHAMBERS - COURT ORDER

On March 31, 2026, the parties filed a Joint Notice of Settlement in which they stated that they have executed a Rule 68 Offer of Judgment. On April 1, 2026, pursuant to the acceptance of the Offer of Judgment, the Court vacated the pretrial conference scheduled for April 9, 2026, and the trial, scheduled to begin on May 5, 2026. The Court also set a deadline of May 15, 2026, for the parties to file a Motion for Attorneys' Fees. The parties did not file a Motion for Attorneys' Fees by the deadline. The Court therefore orders the parties to show cause in writing why this action should not be dismissed. The parties' Responses to this Order to Show Cause shall be filed by May 28, 2026. A Stipulation of Dismissal shall be deemed a sufficient response to the Order to Show Cause. Failure to timely or adequately respond to the Order to Show Cause may result in the dismissal of this action without further warning.

IT IS SO ORDERED.