**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOSEPH A. CARRILLO,

               Plaintiff,

   v.

FORD MOTOR COMPANY

               Defendant.

Case No. ED CV 25-1420 PA (ACCVx)

JUDGMENT OF DISMISSAL

In accordance with the acceptance by plaintiff of defendant's Federal Rule of Civil Procedure 68 Offer of Judgment, and the Court's May 29, 2026 Minute Order declining to extend plaintiff's deadline to file a Motion for Attorneys' Fees and dismissing this action for failure to comply with the Court's April 1, 2026 Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed with prejudice, subject to the terms of the Rule 68 Offer of Judgment, which, with the exception of any party's ability to move for attorneys' fees, remain binding on the parties.

DATED: May 29, 2026

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE